COPY

FILED

2014 DEC 22 PM 12:43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>BANK LEUMI LE-ISRAEL; THE BANK LEUMI LE-ISRAEL TRUST COMPANY LTD; BANK LEUMI (LUXEMBOURG) S.A.; LEUMI PRIVATE BANK S.A.; BANK LEUMI USA, DEFENDANT(S) | CASE NUMBER<br>CR No. CR14-0731<br>**NOTICE TO COURT OF RELATED CRIMINAL CASE**<br>(PURSUANT TO GENERAL ORDER 224 AS AMENDED BY GENERAL ORDER 98-04) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to United States v. Almog, et al, Case No. CR 11-930(B) which:

__x__ was previously assigned to the Honorable Terry J. Hatter;

______ has not been previously assigned.

The above-entitled cases may be related for the following reasons:

__x__ the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

______ the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any): *See Ex. C to Deferred Prosecution Agreement, Statement of Facts at paragraphs 70-75.*

Dated: December 22, 2014

Christopher S. Strauss
Trial Attorney
U.S. Department of Justice, Tax Division

12224510.1